IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

ROBERT CLYDE WOOTEN,

    Petitioner,

v.

2:25-CV-102-Z-BR

POTTER COUNTY DETENTION
CENTER,

    Respondent.

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to grant Respondent's Motion to Dismiss the Petition for a Writ of Habeas Corpus filed by the petitioner in this case. ECF No. 9. No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the District Judge concludes that Findings, Conclusions, and Recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the Magistrate Judge (ECF No. 11) are **ADOPTED**, Respondent's Motion is **GRANTED**, and the Petition for a Writ of Habeas Corpus is **DISMISSED** for lack of subject-matter jurisdiction.

Considering the record in this case and pursuant to Federal Rule of Appellate Procedure 22(b) and 28 U.S.C. Section 2253(c), the Court denies a certificate of appealability because Petitioner has failed to make "a substantial showing of the denial of a constitutional right." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see also Hernandez v. Thaler*, 630 F.3d 420, 424 (5th Cir. 2011). The Court **ADOPTS** and incorporates by reference the Magistrate Judge's Findings, Conclusions, and Recommendation filed in this case in support of its finding that Petitioner has failed to show (1) that reasonable jurists would find this Court's

"assessment of the constitutional claims debatable or wrong," or (2) that reasonable jurists would find "it debatable whether the petition states a valid claim of the denial of a constitutional right" and "debatable whether [this Court] was correct in its procedural ruling." *Slack*, 529 U.S. at 484.

**SO ORDERED**.

September 2, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE